

ORDERED in the Southern District of Florida on November 27, 2012.

**Laurel M. Isicoff, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: | CASE NO. 10-13778-BKC-LMI |
| CRISTINA JOSEFINA PERTIERRA, | Chapter 7 |
| Debtor. _____/ | |
| BARRY MUKAMAL, | ADV. CASE NO. 11-01855-LMI |
| Plaintiff, | |
| vs. | |
| CRISTINA JOSEFINA PERTIERRA, | |
| Defendant. _____/ | |

## FINAL JUDGMENT

In conformity with this Court's Findings of Fact and Conclusions of Law on Trustee's Complaint to Deny Debtor's Discharge (ECF #58), judgment is entered as follows:

1. Count 1 – Judgment is entered in favor of the Defendant.

2. Count 2 – Judgment is entered in favor the Plaintiff; Debtor's discharge is denied pursuant to 11 U.S.C. §727(a)(5).

3. Count 3 – Judgment is entered in favor of the Plaintiff. Debtor's discharge is denied pursuant to 11 U.S.C. §727(a)(3).

4. Count 4 – Judgment is entered in favor of the Defendant.

5. Plaintiff's objection to exemptions is sustained in part and overruled in part as set forth in the Memorandum Opinion.

6. Plaintiff, Barry E. Mukamal as Chapter 7 Trustee of the Bankruptcy Estate of Cristina Josephina Pertierra has an address of 1 SE 3rd Avenue, 10th Floor, Miami, Florida 33131. Defendant/Debtor, Cristina Josephina Pertierra has an address of 937 Sunset Drive, Miami, Florida 33143; and Social Security No. xxx-xx4154.

###

Copies furnished to:
James B. Miller, Esq. (Plaintiff's counsel)
Emmanuel Perez, Esq. (Defendant's counsel)

Attorney Miller shall file serve a copy of this Final Judgment upon all interested parties and file a certificate of service with the Clerk of Court.